IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS APPELSEED CENTER FOR LAW AND JUSTICE, INC.; LOUD LIGHT; and DISABILITY RIGHTS CENTER OF KANSAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as the Kansas Secretary of State; and JAMIE SHEW, in his official capacity as the Douglas County Clerk,<br><br>*Defendants*. | Case No. 2:25-cv-2375-JWB-GEB |

**DEFENDANT SCOTT SCHWAB'S
<u>MOTION FOR LEAVE TO EXCEED PAGE LIMITATION</u>**

Defendant Scott Schwab respectfully moves the Court for an Order granting leave for five additional pages beyond the fifteen-page limit set forth in Local Rule 7.1(d)(3) for motions to dismiss. In support of this modest five-page expansion, Defendant Schwab states as follows:

1.\tPlaintiffs filed this action in Douglas County District Court alleging that the Kansas Legislature's passage of a bill requiring that all advance mail ballots must be received no later than 7:00 PM on Election Day in order to be counted violates their equal protection, due process and voting rights under the Kansas Constitution. Plaintiffs allege they are constitutionally entitled to a grace period such that the State must accept and count any ballots received by the county election office within a week after the polls close as long as such ballots were postmarked by Election Day. Plaintiffs seek declaratory and injunctive relief against Schwab, in his official capacity as Secretary of State, and Jamie Shew, in his official capacity as Douglas County Clerk.

2. Defendants removed the case to federal court on the basis of an embedded federal question. *See Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308 (2005).

3. Plaintiffs' First Amended Petition is 32 pages in length, with 125 paragraphs, and consists of three separate state constitutional claims. *Id.*

4. Defendant Schwab plans to file a motion to dismiss Plaintiffs' claims for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), which is due on July 18, 2025.

5. Local Rule 7.1(d) limits principal briefs in support of motions to dismiss to fifteen pages, absent a court order. Defendant Schwab timely files this motion under Local Rule 7.1(d)(4) to seek five additional pages for the memorandum in support of the motion.

6. The modest five-page expansion is necessary to ensure that Defendant Schwab can present all arguments and pertinent authorities. The issues presented in this case – particularly the embedded federal question, which asks whether post-Election Day grace periods for the receipt of advance mail ballots are irreconcilable with federal law, as recently held by the Fifth Circuit in *RNC v. Wetzel*, 120 F.4th 200 (2024) – are complex election law issues with national implications. They present matters of first impression in this State and federal circuit. The issues here are purely legal in nature and should be amenable to resolution on a motion to dismiss. But to adequately brief these issues and fully inform the Court, Defendant must discuss multiple sub-issues and authorities at length. The usual fifteen-page limit is insufficient to cover the necessary background, legal standards, and legal arguments in a clear and thorough manner

7. A robust brief will benefit all parties and the Court by facilitating a more complete understanding of the intricate legal issues at stake. Granting the extra pages will allow for a more comprehensive discussion on a critically important subject matter, whose resolution will have a nationwide impact. Undersigned counsel assures the Court that it will be as succinct as possible.

8. The undersigned has communicated with Plaintiffs' counsel regarding the relief requested in this motion and Plaintiffs take no position.

WHEREFORE, for the reasons set forth above, Defendant Schwab respectfully requests that the Court enter an Order granting leave to exceed the fifteen-page limitation by five additional pages for Defendants Schwab's Memorandum in Support of his Motion to Dismiss.

Respectfully submitted,

*/s/ Bradley J. Schlozman*
Bradley J. Schlozman (KS Bar #17621)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Tel.: (316) 267-2000
Fax: (316) 630-8466
E-mail: bschlozman@hinklaw.com

*Attorney for Defendant Scott Schwab*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2025, the foregoing Motion for Leave to Exceed Page Limitation was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record

/s/ *Bradley J. Schlozman*
Bradley J. Schlozman (KS Bar #17621)